MAY M. GUGEL, Plaintiff, and DAISY E. ATCHINSON, Appellant, v. EVERETT S. HISCOX and JESSE F. HISCOX, Respondents, and DAISY E. HISCOX ATCHINSON, as Executrix, etc., Appellant.— Judgment affirmed, without costs. No opinion. Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.

In the Matter of Proving the Last Will and Testament of WILLIAM TITUS, Deceased. ALIDA L. T. BASSI, Appellant; JOHN TITUS and Others, Respondents.— Decree of the Surrogate's Court of Nassau county affirmed, with costs, on authority of Titus v. Bassi (182 App. Div. 387), decided herewith. Jenks, P. J., Thomas, Putnam, Blackmar and Kelly, JJ., concurred.

THOMAS KERANE, Respondent, v. THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Putnam, Blackmar and Kelly, JJ.

IRENE KLEIN, an Infant, by ALEXANDER KLEIN, Her Guardian ad Litem, Respondent, v. MANHATTAN STEAM BAKERY, INC., and HERMAN HUEG, Appellants.— Judgment and order unanimously affirmed on reargument, with costs. No opinion. Present — Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ. (See 179 App. Div. 936.)

ALEXANDER KLEIN, Respondent, v. MANHATTAN STEAM BAKERY, INC., and HERMAN HUEG, Appellants.— Judgment and order unanimously affirmed on reargument, with costs. No opinion. Present — Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ. (See 179 App. Div. 936.)

FRANK E. McCAHILL, Respondent, v. NICHOLAS MUZANTE, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ.

BRIDGET McGOLDRICK, Respondent, v. BROOKLYN, QUEENS COUNTY AND SUBURBAN RAILROAD COMPANY, Appellant.— Judgment of the County Court of Kings county reversed and new trial ordered, costs to abide the event, upon the grounds (1) the plaintiff failed to establish the defendant's negligence; (2) the evidence establishes the plaintiff's contributory negligence as matter of law, and (3) the verdict is against the weight of the evidence. Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ., concurred.

THE WATSON MACHINE COMPANY, Respondent, v. WALTER K. P. BAUMANN, as Executor, etc., and RUDOLPH SELDNER, as Executor, etc., Substituted as Parties Defendant, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ., concurred.

AUGUST WILSON, Respondent, v. HUNTINGTON RAILROAD COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ.

HARRY L. LATSHAW, Respondent, v. JULIUS BLUM, Appellant.— Motion granted. Present — Thomas, Mills, Putnam, Blackmar and Kelly, JJ.